UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

JAIME GENTRY, as Mother and
Natural Guardian of RG, a minor,

    Plaintiff(s),

v.                                Case No. 1:21-cv-2227-NYW

STONE CASTLE CORPORATION,
a Colorado Corporation,

    Defendant(s).
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute, having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| **/s/John P. Fuller** | **/s/Allison Joy Dodd** |
|---|---|
| John P. Fuller, Esq. | Allison Joy Dodd, Esq. |
| Fuller, Fuller & Associates, P.A. | Messner, Reeves, LLP – Denver |
| 12000 Biscayne Boulevard, Suite 502 | 1430 Wynkoop Street, Suite 300 |
| North Miami, FL 33181 | Denver, CO 80202 |
| Telephone: (305) 891-5199 | Telephone: (303) 623-1800 |
| Facsimile: (305) 893-9505 | Facsimile: (303) 623-0552 |
| jpf@fullerfuller.com | adodd@messner.com |
| and | *Attorneys for the Defendant* |
| Kara W. Edmunds, Esq. | |
| Edmunds Law Firm, PLLC | |
| 2280 Forest Avenue | |
| Boulder, CO 80304 | |
| Telephone: (303) 953-0863 | |
| kara@kwelaw.com | |
| *Attorneys for Plaintiff* | |

Date: **January 18, 2022**                   Date: **January 18, 2022**